UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ELIZABETH BRYAN,
Individually and on behalf of a class,

                Plaintiff,

vs.

COLLECT PROS, LLC,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT - 5 2017   ★

LONG ISLAND OFFICE

16-cv-0581-LDW-ARL

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elizabeth Bryan hereby dismiss her cause of action against Collect Pros, LLC, without prejudice. Defendants have not answered or filed any motion requesting summary judgment.

Respectfully submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

SO ORDERED
s/LEONARD D. WEXLER, USDJ

U.S.DJ.

Central Islip, NY
10/5/17

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy certify that on Tuesday, October 3, 2017, I served, via U.S. Mail, a Notice of Voluntary Dismissal upon Collect Pros, LLC, whose registered agent's address is: C/O Nevada Business Center, LLC., 701 Carson Street, Suite 200, Carson City, NV 89701.

s/Tiffany N. Hardy
Tiffany N. Hardy


Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)